MULLANE, MICHEL & MCINNES
COUNSELLORS AT LAW
6 BENNETT STREET
CAMBRIDGE, MASSACHUSETTS 02138-5708

---

(617) 661-9000

---

FAX (617) 661-3000

**VIA CM/ECF**

October 12, 2020

Hon. Denise J. Casper
U.S. District Court
1 Courthouse Way
Boston, MA 02210

**Re:    Mullane v. U.S. Dept. of Justice, *et al.*
            1:19-cv-12379-DJC (D. Mass. Nov. 19, 2019), Docket Entry 23**

Dear Judge Casper:

     I am writing in connection with D.E. 23 in the above-captioned case, which includes the Plaintiff's "Motion for Leave to File a First Amended Complaint" dated July 3, 2020. This is indeed a "time is of the essence" matter with respect to and in consideration of Plaintiff's untenable status resulting from these subject events, and the consequent need to expeditiously resolve this matter. The Defendants have continued to avoid and decline to engage in any and all efforts to amicably resolve this pending litigation without the need for this ongoing judicial intervention - which of course is their right to do. Accordingly, I now respectfully request this motion be marked for hearing via telephone or video conference at the convenience of the Court.

     Thank you for your courtesy and consideration in this matter – it is greatly appreciated.

Very respectfully yours,

/s/ E. Peter Mullane
E. Peter Mullane, Esq.

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that this filing submitted via the CM/ECF system shall be transmitted electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies shall be mailed via first class mail, postage prepaid, to those indicated as non-registered participants on the date of filing.

| | |
|---|---|
| DATED:    October 12, 2020 | /s/ E. Peter Mullane |
| | E. Peter Mullane, Esq. |