UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| JONATHAN MULLANE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 19-cv-12379-DJC |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, and UNITED STATES ) | |
| SECURITIES AND EXCHANGE ) | |
| COMMISSION, ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' *ASSENTED-TO* MOTION FOR A *ONE-DAY*
EXTENSION TO FILE THEIR REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants United States Department of Justice and United States Securities and Exchange Commission ("Defendants"), by and through their attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully move the Court for an extension of time of *one* day, up to and including February 17, 2021, to file their Reply to Plaintiff's Opposition to their Motion for Summary Judgment. As grounds for this motion, Defendants state that the final draft Reply is currently under internal review which will be completed by tomorrow, February 17, 2021.

Plaintiff's counsel has assented to the relief requested in this motion.

WHEREFORE, Defendants respectfully request that the Court grant their motion and allow Defendants to file their Response to Plaintiff's Opposition to Defendants' Statement of Material Facts.

                                                Respectfully submitted,

                                                ANDREW E. LELLING
                                                United States Attorney,

                                By:    */s/ Michael Sady*
                                           Michael Sady (BBO #552934)
                                           Assistant U.S. Attorney
                                           United States Attorney's Office
                                           1 Courthouse Way, Suite 9200
                                           Boston, MA  02210
                                           (617) 748-3100
Date:  February 16, 2021                    Michael.Sady@usdoj.gov

## L. R. 7.1 CERTIFICATION

     Pursuant to Local Rule 7.1, Defendants' counsel asserts that he has contacted Plaintiff's counsel who assents to this Motion.

                                                /s/ Michael Sady
                                                Michael Sady
Date:  February 16, 2021                    Assistant U.S. Attorney