UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MULLANE,<br><br> Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and UNITED STATES SECURITIES and EXCHANGE COMMISSION,<br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-12379-DJC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANTS' RESPONSE TO
COURT'S ORDER DATED MARCH 19, 2021

  The Defendants, by and through their attorney, Nathaniel R. Mendell, Acting United States Attorney for the District of Massachusetts, hereby respond to this Court's Order as follows:  On March 19, 2021, this Court issued its twenty-seven (27) page Memorandum and Order ("Order") granting substantially, in part, Defendants' Motion for Summary Judgment. *See* Dkt. No. 66.  In particular, this Court concluded the following:

> For the foregoing reasons, the Court ALLOWS in part and DENIES in part the Agencies' motion for summary judgment. D. 27, and DENIES Mullane's motions to strike and amend. D. 53; D. 58.  The motion for summary judgment is ALLOWED in all respects except for the documents described above that were withheld or redacted solely under the deliberative process privilege, see page 21, supra, which is DENIED without prejudice.  The Agencies must produce the communications with an external party unredacted, D. 28-2 at 14-15, and shall either submit a revised Vaughn index by April 16, 2021, correcting the deficiencies outlined above, or produce the documents unredacted to Mullane and inform the Court, also by April 16, 2021. *Id.*

Accordingly, Defendant attach as *Exhibit A* hereto, a Supplemental *Vaughn* Index addressing each of this Court's noted deficiencies identified in the Order. *See* Dkt. No. 66, p. 19. In this regard, Defendant United States Department of Justice has, upon further review, decided to withdraw its redaction in Dkt. No. 28-2, at pp. 29 and 50 referenced by this Court in its Order. *Id.* Thus, these two documents have been released in full to Plaintiff. Defendants' responses to this Courts directive are boldfaced in the Supplemental *Vaughn* Index for this Court's convenience.[1]

                                              Respectfully submitted,

                                              NATHANIEL R. MENDELL
                                              Acting United States Attorney

By:    */s/ Michael Sady*
        Michael Sady
        Assistant U.S. Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3100
        michael.sady@usdoj.gov

Dated: April 16, 2021

---

[1] To the extent this Court needs any further information from Defendants to adjudicate the remainder of their Motion for Summary, they will await such instruction.