UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**JONATHAN MULLANE**</u>
                     Plaintiff(s)

         v.                                      CIVIL ACTION NO.**19-12379-DJC**

<u>**U.S. DEPARTMENT OF JUSTICE, ET AL**</u>
                     Defendant(s)

### <u>JUDGMENT IN A CIVIL CASE</u>

<u>CASPER, D.J.</u>

☐    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by the Court.** In accordance with the Memorandum and Order March 19, 2021, D. 66, and the ECF order dated February 14, 2022, D. 86;.

       **IT IS  ORDERED AND ADJUDGED**

       Judgment for the defendants.


                                                                 Robert M. Farrell, Clerk

Dated: <u>February 14, 2022</u>                            <u>  /s/ Lisa M. Hourihan              </u>
                                                                     ( By )  Deputy Clerk