UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| JONATHAN MULLANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-12379-DJC |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, | ) | |
| and | ) | |
| UNITED STATES SECURITIES | ) | |
| AND EXCHANGE | ) | |
| COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

PLEASE TAKE NOTICE THAT Plaintiff Jonathan Mullane ("Plaintiff") in the above-entitled action hereby appeals the following orders, decisions and judgment to the United States Court of Appeals for the First Circuit, *viz.*:

(i)     [D.E. 66] - March 19, 2021 - Memorandum and Order allowing Defendant's Motion for Summary Judgment, and denial of Plaintiff's Motion to Strike and both Plaintiff's Motions to Amend Complaint;

(ii)    [D.E. 86] - February 14, 2022 - Electronic Order allowing Defendant's Motion for Summary Judgment, and denying Plaintiff's Cross-Motion for Summary Judgment;

(iii)   [D.E. 87] - February 14, 2022 – Electronic Order denying Plaintiff's Motion for Reconsideration;

(iv)  [D.E. 88] - February 14, 2022 – Electronic Order denying Plaintiff's Motion for

*In Camera* Review and Motion for Judicial Notice Hearing ; and

(v)  [D.E. 90] - February 14, 2022 Order of Judgment for Defendants.

At Cambridge, Massachusetts,                    Respectfully submitted,
This 10th Day of March, 2022

                                                /s/ E. Peter Mullane, Esq.
                                                E. Peter Mullane, Esq.
                                                BBO #360000
                                                MULLANE, MICHEL & McINNES LLP
                                                6 Bennett Street
                                                Cambridge, MA 02138
                                                Tel.: (617) 661-9000
                                                peter@3mlaw.com

                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this filing submitted via the CM/ECF system shall be transmitted electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies shall be mailed via first class mail, postage prepaid, to those indicated as non-registered participants on the date of filing.

DATED:      March 10, 2022                      /s/ E. Peter Mullane
                                                E. Peter Mullane, Esq.