UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
JOHATHAN MULLANE,                       )
                                        )
        Plaintiff,                      )
                                        )            C.A. No. 19-12379-DJC
        v.                              )
                                        )
UNITED STATES DEPARMENT                 )
OF JUSTICE; and UNITED                  )
STATES SECURITIES AND                   )
EXCHANGE COMMISSION,                    )
                                        )
        Defendants.                     )
_____)

NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned respectfully withdraws his appearance pursuant to Local Rule

83.5.2(c)(1) of the Local Rules for the United States District Court for the District of

Massachusetts.  This matter will now be handled by Assistant U.S. Attorney Julian N. Canzoneri,

who has already entered a notice of appearance.

                            Respectfully submitted,

                            RACHAEL S. ROLLINS
                            United States Attorney

                    By:  */s/ Michael Sady*
                            Michael Sady
                            Assistant U.S. Attorney
                            U.S. Attorney's Office
                            1 Courthouse Way, Suite 9200
                            Boston, MA  02210
                            (617) 748-3100
                            Michael.Sady@usdoj.gov

Dated:  April 6, 2022