UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

(Provisionally Filed Under Seal)

Before: Honorable Denise J. Casper, D.J., presiding

Docket No. 1:19-CV-12379-DJC

JONATHAN MULLANE,
        Plaintiff,
v.

UNITED STATES DEPARTMENT
OF JUSTICE
and
UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Defendants.

## MOTION TO FILE PLAINTIFF'S MOTION FOR RECUSAL UNDER SEAL

Now comes Plaintiff Jonathan Mullane ("Plaintiff") in the above-entitled action, and hereby respectfully suggests that this Honorable Court grant him leave to submit his PLAINTIFF'S VERIFIED MOTION FOR RECUSAL AND INCORPORATED MEMORANDUM OF LAW that is being contemporaneously submitted herewith.

In support hereof, the Plaintiff states that a companion case was heard before this Court, being noted as Mullane v. Massachusetts Board of Bar Examiners, et al., noted as 1:20-CV-11382-DJC, wherein certain portions of that record remain under order by this Court to be placed "under seal." The pending appeal of that case is now pending before the First Circuit Court of Appeals as Case No. 21-1968 and it has continued therein "under seal" those same facts and issues.

Plaintiff has endeavored to undertake every effort to avoid the inclusion of any of those same facts and related legal issues that still exist "under seal" in those cases. However, reference has certainly been extensively made to the records in those cases in support of this subject Motion for recusal - to the limited extent of these records presently being publicly available. Therefore, in the interests of Plaintiff's wishing to remain in full compliance with the "sealing orders" entered in those cases, it is respectfully suggested that perhaps this motion for recusal be treated similarly by this Court as one being filed "under seal."

WHEREFORE, Plaintiff respectfully requests that this Honorable Court if it should deem appropriate to enter an order granting leave to have submitted this above-referenced motion under seal.

At Cambridge, Massachusetts,
This 28th day of September, 2022

Respectfully submitted,

/s/ E. Peter Mullane, Esq.
E. Peter Mullane, Esq.
BBO #360000
MULLANE, MICHEL & McINNES LLP
6 Bennett Street
Cambridge, MA 02138
Tel.: (617) 661-9000
Email: peter@3mlaw.com

*Counsel for Plaintiff*

### L.R. 7.1(a)(3) CERTIFICATION

In accordance with L.R. 7.1(a)(3), the undersigned hereby certifies that he conferred with AUSA Julian N. Canzoneri, counsel for Defendants in good faith via electronic correspondence on September 27, 2022, in connection with the instant filing, who did not assent to the relief requested herein.

/s/ E. Peter Mullane, Esq.
E. Peter Mullane, Esq.