UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MULLANE ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF JUSTICE; UNITED STATES ) <br> SECURITIES AND EXCHANGE ) <br> COMMISSION, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:19-12379-DJC |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR ACCESS TO SEALED DOCKET ENTRIES (ECF No. 122)**

The United States Department of Justice and United States Securities & Exchange Commission ("Defendants") submit the following response to Plaintiff's motion for access to sealed docket entries (the "Motion"). ECF No. 122. If Plaintiff's counsel attempted to confer with undersigned counsel before filing the Motion, undersigned counsel is unaware of it. However, undersigned counsel has corresponded with Plaintiff's counsel since he filed the Motion, through which undersigned counsel understands that the Motion asks the Court only for access to Plaintiff's sealed motion for judicial recusal. If the only relief the Motion seeks is access to Plaintiff's sealed motion for judicial recusal for purposes of including it under seal in the appellate record, Defendants do not oppose the Motion.

Dated: April 3, 2023

Respectfully submitted,
RACHAEL S. ROLLINS
United States Attorney

By: */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on April 3, 2023.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney

2