UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2025 MAY 13 PM 12: 10
U.S. DISTRICT COURT
MASS.

JONATHAN MULLANE,
    Plaintiff,
v.

UNITED STATES DEPARTMENT
OF JUSTICE,
and
UNITED STATES SECURITIES
AND EXCHANGE COMMISSION
    Defendants.

DOCKET NO. 1:19-CV-12379

## MOTION OF PLAINTIFF JONATHAN MULLANE FOR REASSIGNMENT TO AN OUT-OF-CIRCUIT DISTRICT COURT JUDGE PURSUANT TO 28 U.S.C. § 292(d)

NOW comes the Plaintiff Jonathan Mullane (herein, the "Plaintiff") in the above-entitled action, and in anticipation of filing a post-judgment Motion pursuant to Rule 60 of the Fed. R. Civ. P., respectfully requests that this case be reassigned to an out-of-circuit District Court judge.

In support hereof, the approval of such an order of the court is most appropriate in these factual circumstances, as stated in pertinent part in 28 U.S.C. § 292(d):

> (d) The Chief Justice of the United States may designate and assign temporarily a district judge of one circuit for service in another circuit, either in a district court or court of appeals, upon presentation of a certificate of necessity by the chief judge or circuit justice of the circuit wherein the need arises.
>
> Id.

In accordance therewith, the Plaintiff further states in support hereof that he shall submit to this Court any and all additional supporting documentation as may be required for the approval of this instant motion, and upon such appropriate terms and times as the Court may order.

Respectfully submitted,

/s/ E. Peter Mullane, Esq.
E. PETER MULLANE, ESQ.,
BBO #360000
MULLANE, MICHEL & McINNES, LLP
6 Bennett Street
Cambridge, MA 02138
Tel.: (617) 661-9000
Email: peter@3mlaw.com

DATED: May 11, 2025

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this filing submitted via the CM/ECF system shall be transmitted electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies shall be mailed via first class mail, postage prepaid, to those indicated as non-registered participants on the date of filing.

DATED:   May 11, 2025

/s/ E. Peter Mullane, Esq.
E. PETER MULLANE, ESQ.